| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>Dawson, Robert T | 2. Court or Organization<br>U.S. District Court | 3. Date of Report<br>3/27/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5. ReportType (check appropriate type)<br><br>Nomination, Date<br><br>Initial    ● Annual    Final | 6. Reporting Period<br><br>1/1/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br>P.O. Box 1624<br>Fort Smith, AR 72902-1624 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto. it is. in my opinion. in compliance with applicable laws and regulations<br><br>Reviewing Officer _____   Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts. checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
APR 3 3 30 PH '06
FINANCIAL DISCLOSURE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dawson, Robert T | 3/27/2006 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse. see pp 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year. please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 3/27/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. TIAA-CREF | C | Interest | M | T | | | | | |
| 2. Enterprise Growth Fund Cl A | | None | J | T | | | | | |
| 3. JANUS Worldwide Fund (IRA) | | None | L | T | | | | | |
| 4. Stephens Production Company (oil and gas) | A | Royalty | J | W | | | | | |
| 5. Owl Creek Production Co. | A | Royalty | J | W | | | | | |
| 6. XTO Energy | A | Royalty | J | W | | | | | |
| 7. Cypress Production | A | Royalty | J | W | | | | | |
| 8. ACXIOM | A | Dividend | K | T | | | | | |
| 9. Simon Property Group | A | Dividend | K | T | | | | | |
| 10. Alltel Corp Del | B | Dividend | L | T | | | | | |
| 11. Motorola Inc. | A | Dividend | K | T | | | | | |
| 12. USA Truck | | None | J | T | | | | | |
| 13. Arkansas St Cap Apprec College Svgs | | None | J | T | | | | | |
| 14. Arkansas St College Save Cap Apprec | | None | K | T | | | | | |
| 15. Arkansas St College Savings Cap App | | None | K | T | | | | | |
| 16. Arkansas St College Saviings | | None | K | T | Matured | 06/01 | | | |
| 17. Arkansas St College Savings Ser B | | None | K | T | | | | | |
| 18. Cisco Sys Inc | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 3/27/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div, rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Coca Cola Co | A | Dividend | K | T | | | | | |
| 20. Wachovia Corporation | A | Dividend | J | T | | | | | |
| 21. General Electric Co | A | Dividend | K | T | | | | | |
| 22. Procter & Gamble Co | A | Dividend | J | T | Gilette xchn | | | | |
| 23. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 24. McDonalds Corp | A | Dividend | J | T | | | | | |
| 25. Little Rock AR New Pub Hsg Auth Calls | A | Interest | J | T | | | | | |
| 26. Southwest Airlines | A | Dividend | J | T | | | | | |
| 27. Chevron Texaco Corp | A | Dividend | K | T | | | | | |
| 28. Intel Corp | A | Dividend | J | T | | | | | |
| 29. Walt Disney Co Holdg Co | A | Dividend | J | T | | | | | |
| 30. Easygrowth Treasury Rcpt Ser 4 | | None | J | T | Sold | 05/06 | J | | |
| 31. U S Treasury Bond Fed | | None | J | T | | | | | |
| 32. Easygrowth Treasury Rcpt Sr 15 | | None | J | T | Sold | 05/10 | J | | |
| 33. Easygrowth Tsy Rcpt Ser 12 | | None | J | T | Sold | 05/10 | J | | |
| 34. Lucent Technologies | | None | J | T | | | | | |
| 35. Washington Mutual Investors Fnd | A | Dividend | K | T | | | | | |
| 36. Ar St Zero Coupon | | None | J | T | Redeemed | 05/31 | J | | |

1. Income/Gain Codes:      A  = $1,000 or less      B  = $1,001-$2,500      C  = $2,501-$5,000      D  = $5,001-$15,000      E  = $15,001-$50,000
   (See Columns B1 and D4)      F  = $50,001-$100,000      G  = $100,001-$1,000,000      H1  = $1,000,001-$5,000,000      H2  = More than $5,000,000

2. Value Codes      J  = $15,000 or less      K  = $15,001-$50,000      L  = $50,001-$100,000      M  = $100,001-$250,000
   (See Columns C1 and D3)      N  = $250,000-$500,000      O  = $500,001-$1,000,000      P1  = $1,000,001-$5,000,000      P2  = $5,000,001-$25,000,000
        P3  = $25,000,001-$50,000,000      P4  = $More than $50,000,000

3. Value Method Codes      Q  = Appraisal      R  = Cost (Real Estate Only)      S  = Assessment      T  = Cash/Market
   (See Column C2)      U  = Book Value      V  = Other      W  = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 3 of 5

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson. Robert T | 3/27/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Jonesboro AR City Wtr & Li Plant Pub Util Sys Rev | A | Interest | J | T | | | | | |
| 38. Sun Microsystems | | None | J | T | | | | | |
| 39. American Small Cap World | A | Dividend | J | T | | | | | |
| 40. JDS Uniphase Corp | | None | J | T | | | | | |
| 41. Home Depot | A | Dividend | J | T | | | | | |
| 42. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 43. Avaya Inc | | None | J | T | | | | | |
| 44. NASDAQ 100 Trust Unit Series 1 | A | Dividend | M | T | | | | | |
| 45. Janus Fund #42 | | None | L | T | | | | | |
| 46. Vanguard 500 Index Fund | | None | N | T | | | | | |
| 47. Vanguard Life Strategy Growth Fund | | None | K | T | | | | | |
| 48. Sebastian County Junior College | A | Interest | J | T | | | | | |
| 49. Watson Chapel AR School Distr | A | Interest | J | T | | | | | |
| 50. Greenwood AR School District | A | Interest | J | T | | | | | |
| 51. Nettleton AR School District | A | Interest | K | T | | | | | |
| 52. Merck & Co | A | Dividend | J | T | | | | | |
| 53. Tenn Valley Auth Zero Coupon | | None | J | T | | | | | |
| 54. LaSalle Bank N A | | None | K | T | Matured | 06/29 | K | | |

| 1. Income/Gain Codes. | A - $1,000 or less | B - $1,001-$2,500 | C - $2,501-$5,000 | D - $5,001-$15,000 | E - $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F - $50,001-$100,000 | G - $100,001-$1,000,000 | H1 - $1,000,001-$5,000,000 | H2 - More than $5,000,000 | |
| 2. Value Codes: | J - $15,000 or less | K - $15,001-$50,000 | L - $50,001-$100,000 | M - $100,001-$250,000 | |
| (See Columns C1 and D3) | N - $250,000-$500,000 | O - $500,001-$1,000,000 | P1 - $1,000,001-$5,000,000 | P2 - $5,000,001-$25,000,000 | |
| | P3 - $25,000,001-$50,000,000 | | P4 - $More than $50,000,000 | | |
| 3. Value Method Codes | Q - Appraisal | R - Cost (Real Estate Only) | S - Assessment | T - Cash/Market | |
| (See Column C2) | U - Book Value | V - Other | W - Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 3/27/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Univ Ark Ft Smith | A | Interest | J | T | | | | | |
| 56. Cinergy Corp | B | Dividend | K | T | | | | | |
| 57. Ameren Corp | A | Dividend | J | T | | | | | |
| 58. Consolidated Edison | A | Dividend | J | T | | | | | |
| 59. Ford Motor Credit Co | B | Dividend | M | T | | | | | |
| 60. Bank of Hapoalim NY | A | Interest | L | T | | | | | |
| 61. Phoenix Kayne Rising | A | Dividend | J | T | | | | | |
| 62. Progress Energy Inc | A | Dividend | J | T | | | | | |
| 63. Freescale Semiconductor | | None | J | T | | | | | |
| 64. Little Riv Cty AR Rev | A | Interest | J | T | | | | | |
| 65. FHLMC Mtn | A | Interest | J | T | Redeemed | 05/31 | J | A | |
| 66. Bank of America | A | Dividend | J | T | Bought | 05/27 | | | |
| 67. Conoco Phillips | A | Dividend | J | T | Bought | 05/24 | | | |
| 68. Entergy Corp | A | Dividend | J | T | Bought | 05/24 | | | |
| 69. Merck & Co | A | Dividend | J | T | Bought | 01/31 | | | |
| 70. Phoenix Kayne Rising | A | Dividend | J | T | Bought | 06/16 | | | |
| 71. Merck & Co | A | Dividend | J | T | Bought | 06/16 | | | |
| 72. Murphy Oil | A | Dividend | J | T | Bought | 06/07 | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 3/27/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73.  Bank of America | A | Dividend | J | T | Bought | 06/16 | | | |
| 74.  Ark St Fed Hwy Gnt | A | Interest | K | T | Bought | 08/22 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D $5,001-$15,000 | E $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L $50,001-$100,000 | M $100,001-$250,000 | |
| (See Columns C1 and D3) | N $250,000-$500,000 | O $500,001-$1,000,000 | P1 $1,000,001-$5,000,000 | P2 $5,000,001-$25,000,000 | |
| | P3 $25,000,001-$50,000,000 | | P4 $More than $50,000,000 | | |
| 3. Value Method Codes | Q Appraisal | R Cost (Real Estate Only) | S Assessment | T Cash/Market | |
| (See Column C2) | U Book Value | V Other | W Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Dawson, Robert T

Date of Report

3/27/2006

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS

(Indicate part of Report )

LINE 22: Procter & Gamble rec'd in exchange for Gilette Co.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dawson. Robert T | 3.27 2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children. if any) is accurate, true. and complete to the best of my knowledge and belief. and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____  Date ___3-27-06____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544